UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN P. WIRKKALA,<br><br>                          Plaintiff<br><br>   v.<br><br>ANNE CARPENTER, et al.,<br><br>                          Defendants | Case No.  3:24-cv-00606-MMD-CSD<br><br>**ORDER** |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. However, Plaintiff has not filed an updated address with this Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address." Nev. Loc. R. IA 3-1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* The Court now directs Plaintiff to file his updated address on or before **June 2, 2025**. If Plaintiff does not file his updated address with the Court with by **June 2, 2025**, this action will be subject to dismissal without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the Court on or before **June 2, 2025**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number when Plaintiff is able to provide his current address to the Court.

DATED THIS 2nd day of May 2025.

_____
UNITED STATES MAGISTRATE JUDGE