UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN P. WIRKKALA,<br><br>                              Plaintiff<br><br>     v.<br><br>ANNE CARPENTER, et al.,<br><br>                              Defendants | Case No.  3:24-cv-00606-MMD-CSD<br><br>**ORDER** |

On May 2, 2025, the Court directed Plaintiff to file his current address with the Court by June 2, 2025. (ECF No. 5). The Court's order came back as undeliverable to Plaintiff at Northern Nevada Correctional Center, the last address that Plaintiff provided the Court. (ECF No. 6). However, the Northern Nevada Correctional Center law library included a notation that Plaintiff is at NNTH, which the Court construes as a reference to Northern Nevada Transitional Housing. (*Id.*)

In light of this notation, the Court will extend the deadline for Plaintiff to file his current address with the Court and resend the Court's previous order to Northern Nevada Transitional Housing. As explained in the Court's advisory letter (ECF No. 2), it is Plaintiff's responsibility to immediately update his address with the Court any time that his address changes. Plaintiff must either confirm that he is currently housed at Northern Nevada Transitional Housing, or provide a different updated address, on or before **September 8, 2025**.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court send a courtesy copy of the Court's May 2, 2025, order (ECF No. 5), as well as a copy of this order, to Plaintiff at Northern Nevada Transitional Housing.

It is further ordered that Plaintiff shall file his updated address with the Court on or before **September 8, 2025**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number when Plaintiff is able to provide his current address to the Court.

DATED THIS 7th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE